IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-01227-CBS-KMT

VELMA UNDERWOOD,
    Plaintiff,
v.

JOHN A PENS, LLC,,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On October 13, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 23). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 10-cv-01227-CBS-KMT**.

II.  Order of Reference

The Order of Reference dated June 1, 2010 (doc. # 2) is hereby VACATED.  This matter is now referred to United States Magistrate Judge Kathleen M. Tafoya *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III.  Order

**A Telephone Status Conference is hereby set on Wednesday October 27, 2010 at 1:30 p.m.**  Counsel and/or parties shall create a telephone conference call among themselves and then telephone the court at 303-844-2117 at the scheduled time.

DATED at Denver, Colorado, this 14th day of October, 2010.

BY THE COURT:

  s/Craig B. Shaffer  
United States Magistrate Judge