IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-01227-CBS-KMT

VELMA UNDERWOOD,
    Plaintiff,
v.

JOHN A. PENS, LLC,
    Defendant.
_____

ORDER RE: NOTICE OF SETTLEMENT
_____

    This civil action comes before the court on the parties' "Notice of Settlement" (filed December 2, 2010) (doc. # 28).  On October 13, 2010, the above-captioned case was referred to the Magistrate Judge to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 23).  The parties request that the court "allow sixty (60) days within which to complete the settlement and file a Joint Stipulation to Dismiss this matter."  The court now being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The December 20, 2010 discovery deadline and the December 15, 2010 dispositive motions deadline are hereby VACATED.

    2.    The Final Pretrial Conference set January 4, 2011 at 9:00 a.m. and the jury trial set January 18, 2011 at 8:30 a.m. are hereby VACATED.

    3.    The parties are directed to use the correct caption for this case: **10-cv-01277-CBS-KMT**.

  4.  The parties shall file a Joint Stipulation to Dismiss **on or before January 31, 2011**.

  DATED at Denver, Colorado, this 2nd day of December, 2010.

            BY THE COURT:


             s/Craig B. Shaffer
             United States Magistrate Judge